# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., <br><br> Plaintiff, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-21-00029-TUC-JAS <br><br> **ORDER** |

Upon consideration of the Plaintiff's Motion to Proceed Under a Pseudonym and for a Protective Order,

**IT IS ORDERED** that the Motion (Doc. 6) is **granted**. Accordingly:

1. Plaintiff is granted leave to proceed in this matter under a pseudonym;

2. Defendant shall not publicly disclose the name or personally identifying information of Plaintiff; and

3. All parties shall submit pleadings, briefing, and evidence using Plaintiff's pseudonym instead of his real name and other personally identifying information.

Dated this 26th day of January, 2021.

Honorable James A. Soto
United States District Judge