1 | Keith Beauchamp (012434)
2 | D. Andrew Gaona (028414)
    COPPERSMITH BROCKELMAN PLC
    2800 N. Central Avenue, Suite 1900
3 | Phoenix, AZ 85004
    Telephone: (602) 381-5488
4 | kbeauchamp@cblawyers.com
    agaona@cblawyers.com
5 |
    Gillian Gillers*
6 | Norma Ventura*
    James M. Knoepp*
7 | SOUTHERN POVERTY LAW CENTER
    P.O. Box 1287
8 | Decatur, GA 30031
    Telephone: (404) 521-6700
9 | gillian.gillers@splcenter.org
    norma.ventura@splcenter.org
10 | jim.knoepp@splcenter.org

11 | Matthew J. Schlesinger*
     Jason A. Carey*
12 | Terra White Fulham*
     Patrick Lee*
13 | COVINGTON & BURLING LLP
     One City Center, 850 Tenth Street, NW
14 | Washington, DC 20001-4956
     Telephone: (202) 662-5581
15 | mschlesinger@cov.com
     jcarey@cov.com
16 | tfulham@cov.com
     plee@cov.com
17 |
     [Additional Counsel Listed on Signature Page]
18 |
     [*Pro hac vice application forthcoming]
19 |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M. on his own behalf and on behalf of his minor child, H.S.S., | No. CV-21-29-TUC-JAS |
| Plaintiffs, | **NOTICE OF COMPLIANCE** |
| v. | |
| United States of America, | |
| Defendant. | |

Plaintiff hereby provides notice of compliance with this Court's Order (Doc. 8) that Defendant United State of America was served with the Order (Doc. 8) on January 28, 2021.

Respectfully submitted this 29th day of January, 2021.

COPPERSMITH BROCKELMAN PLC

By  s/ Keith Beauchamp
   Keith Beauchamp
   D. Andrew Gaona

SOUTHERN POVERTY LAW CENTER
   Gillian Gillers*
   Norma Ventura*
   James M. Knoepp*

COVINGTON & BURLING LLP
   Matthew Schlesinger*
   Jason Carey*
   Terra White Fulham*
   Patrick Lee*

COVINGTON & BURLING LLP
   Swati R. Prakash*
   The New York Times Building
   620 Eighth Avenue
   New York, NY 10018-1405
   Telephone: (212) 841-1174
   sprakash@cov.com

*Attorneys for Plaintiffs*
