...

Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
(602) 381-5490
Phoenix, AZ 85004
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for Plaintiff*

[*Additional Counsel for Plaintiffs Listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| E.S.M. on his own behalf and on behalf of his minor child, H.S.S., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-21-00029-TUC-JAS <br><br> **STIPULATED MOTION TO HOLD ACTION IN ABEYANCE** |

The parties jointly move the Court for an order holding this action in abeyance for a period of fourteen (14) days while the parties explore settlement. In support of this motion, the parties respectfully state the following:

The parties have engaged in initial discussions relating to the potential settlement of the above-captioned action. In order to more fully focus their attention on these settlement efforts, the parties request that this action, including all proceedings and case deadlines, be held in abeyance.

Specifically, the parties have agreed to and seek an order from the Court holding this action in abeyance for a period of fourteen (14) days, during which the parties agree to meet and continue the settlement discussions.

At the close of this 14-day abeyance period, the parties may, depending on the progress of the settlement discussions, seek an additional abeyance from the Court to

{00546200.1 }

1  facilitate further settlement discussions.  If an additional abeyance is not sought, the
2  parties request that any existing deadlines be reset for fourteen (14) days from the current
3  deadlines.
4      Counsel for Plaintiff and the United States have conferred regarding this request
5  and agreed to jointly move the Court to hold this action in abeyance.  The party
6  submitting this motion has obtained the permission of all signatories hereto.  A proposed
7  Order is submitted herewith.
8      Respectfully submitted this 27th day of April, 2021.

| | |
|---|---|
| GLENN B. McCORMICK<br>Acting United States Attorney<br>District of Arizona<br><br>*s/ Michael Ambri (with permission)*<br>MICHAEL A. AMBRI<br>Assistant U.S. Attorney<br>State Bar No. 021653<br>United States Courthouse<br>405 W. Congress Street, Suite 4800<br>Tucson, Arizona 85701<br>Telephone: 520-620-7449<br>Email:  michael.ambri@usdoj.gov<br><br>*Attorneys for the United States of America* | COPPERSMITH BROCKELMAN PLC<br><br>*s/ Keith Beauchamp*<br>Keith Beauchamp<br>D. Andrew Gaona<br><br>SOUTHERN POVERTY LAW CENTER<br>Norma Ventura*<br>Gillian Gillers<br>James Knoepp*<br>P.O. Box 1287<br>Decatur, GA 30031<br>Telephone: (404) 521-6700<br>norma.ventura@splcenter.org<br>gillian.gillers@splcenter.org<br>jim.knoepp@splcenter.org<br><br>SOUTHERN POVERTY LAW CENTER<br>Paul R. Chavez*<br>P.O. Box 370037<br>Miami, FL 33137<br>Telephone: (786) 347-2056<br>paul.chavez@splcenter.org<br><br>COVINGTON & BURLING LLP<br>Matthew Schlesinger*<br>Jason Carey*<br>Teresa Park*<br>Terra White Fulham*<br>Patrick Lee*<br>One CityCenter, 850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone: (202) 662-5581<br>mschlesinger@cov.com<br>jcarey@cov.com<br>tpark@cov.com<br>tfulham@cov.com<br>plee@cov.com |

{00546200.1 }

2

| | |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| 2 | Jessica R. Hanson* |
|   | 1999 Avenue of the Stars, Suite 3500 |
| 3 | Los Angeles, CA 90067-4643 |
|   | Telephone: (424) 332-4800 |
| 4 | jhanson@cov.com |

*Attorneys for Plaintiff*
*\*Admitted Pro Hac Vice*

{00546200.1 }

3