Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Telephone: (602) 381-5490
Phoenix, AZ 85004
kbeauchamp@cblawyers.com
agaona@cblawyers.com

*Counsel for Plaintiff*

[Additional Counsel for Plaintiffs Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M. on his own behalf and on behalf of his minor child, H.S.S., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-21-00029-TUC-JAS <br><br> **SECOND STIPULATED MOTION TO HOLD ACTION IN ABEYANCE** |

The parties jointly move the Court for an order holding this action in abeyance for an additional period of sixty (60) days while the parties continue to discuss settlement. In support of this motion, the parties respectfully state the following:

The parties have engaged in discussions relating to the potential settlement of the above-captioned action. In order to more fully focus their attention on these settlement efforts, on April 27, 2021, the parties requested that this action, including all proceedings and case deadlines, be held in abeyance for a period of fourteen (14) days, during which the parties agreed to meet and continue the settlement discussions. The parties proposed that, at the close of this 14-day abeyance period, the parties may, depending on the progress of the settlement discussions, seek an additional abeyance from the Court to facilitate further settlement discussions. If an additional abeyance was not sought, the

{00549074.1 }

parties requested that any existing deadlines be reset for fourteen (14) days from the current deadlines.  ECF 14.

On April 28, 2021, the Court granted the parties' motion for an abeyance, ordering that this action is to be held in abeyance for a period of fourteen (14) days, until May 11, 2021, at which time the parties will advise the Court whether an additional abeyance is sought or, if not, all existing deadlines will be extended by fourteen (14) days.  *Id.*

Based on the progress to date of the settlement discussions, the parties respectfully move the Court for an order holding this action, including all proceedings and case deadlines, in abeyance for an additional period of sixty (60) days, for the parties to continue to focus their attention on these settlement efforts.  The parties propose that, at the close of this additional 60-day abeyance period, the parties may, depending on the progress of the settlement discussions, seek an additional abeyance from the Court to facilitate further settlement discussions.  If an additional abeyance is not sought, the parties request that any existing deadlines be reset for an additional seventy three (73) days from the date of this Stipulated Motion, making Defendant's response to the Complaint due July 23.

Counsel for Plaintiffs and the United States have conferred regarding this request and agreed to jointly move the Court to hold this action in abeyance.  The party submitting this motion has obtained the permission of all signatories hereto.  A proposed Order is submitted herewith.

Respectfully submitted this 11th day of May, 2021.

| | |
|---|---|
| GLENN B. McCORMICK<br>Acting United States Attorney<br>District of Arizona | COPPERSMITH BROCKELMAN PLC |
| *s/ Michael Ambri (with permission)*<br>MICHAEL A. AMBRI<br>Assistant U.S. Attorney<br>405 W. Congress Street, Suite 4800<br>Tucson, Arizona 85701<br>michael.ambri@usdoj.gov<br>*Attorneys for the United States of America* | *s/ Keith Beauchamp*<br>Keith Beauchamp<br>D. Andrew Gaona<br><br>SOUTHERN POVERTY LAW CENTER<br>Norma Ventura*<br>Gillian Gillers<br>James Knoepp* |

{00549074.1 }

2

P.O. Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
norma.ventura@splcenter.org
gillian.gillers@splcenter.org
jim.knoepp@splcenter.org

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

COVINGTON & BURLING LLP
Matthew Schlesinger*
Jason Carey*
Teresa Park*
Terra White Fulham*
Patrick Lee*
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
tpark@cov.com
tfulham@cov.com
plee@cov.com

COVINGTON & BURLING LLP
Jessica R. Hanson*
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
jhanson@cov.com

*Attorneys for Plaintiff*

*Admitted Pro Hac Vice*

{00549074.1}