Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com

*Counsel for Plaintiff*

*[Additional Counsel for Plaintiffs Listed on Signature Page]*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| E.S.M. on his own behalf and on behalf of his minor child, H.S.S., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-21-00029-TUC-JAS <br><br> **THIRD STIPULATED MOTION TO HOLD ACTION IN ABEYANCE** |

The parties jointly move the Court for an order holding this action in abeyance for an additional period of sixty (60) days while the parties continue to discuss settlement. In support of this motion, the parties respectfully state the following:

The parties have engaged in discussions relating to the potential settlement of the above-captioned action. In order to more fully focus their attention on these settlement efforts, on April 27, 2021, the parties requested that this action, including all proceedings and case deadlines, be held in abeyance for a period of fourteen (14) days, during which the parties agreed to meet and continue the settlement discussions. The parties proposed that, at the close of this 14-day abeyance period, the parties may, depending on the progress of the settlement discussions, seek an additional abeyance from the Court to facilitate further settlement discussions. If an additional abeyance was not sought, the parties requested that any existing deadlines be reset for fourteen (14) days from the current deadlines. ECF 14.

{00558866.1 }

On April 28, 2021, the Court granted the parties' motion for an abeyance, ordering that this action is to be held in abeyance for a period of fourteen (14) days, until May 11, 2021, at which time the parties will advise the Court whether an additional abeyance is sought or, if not, all existing deadlines will be extended by fourteen (14) days. *Id.*

On May 11, 2021, in light of the progress of the settlement discussions, the parties requested that this action, including all proceedings and case deadlines, be held in abeyance for a period of sixty (60) days, during which the parties agreed to continue the settlement discussions. The parties proposed that, at the close of this 60-day abeyance period, the parties may, depending on the progress of the settlement discussions, seek an additional abeyance from the Court to facilitate further settlement discussions. If an additional abeyance was not sought, the parties requested that any existing deadlines be reset for seventy-three (73) days from the current deadlines. ECF 16.

On May 12, 2021, the Court granted the parties' motion for an abeyance, ordering that this action is to be held in abeyance for a period of sixty (60) days, until July 10, 2021, at which time the parties will advise the Court whether an additional abeyance is sought or, if not, all existing deadlines will be extended by seventy-three (73) days. ECF 17.

The settlement efforts in this action are part of a nationwide effort between the United States and plaintiffs' counsel to settle district court cases and pending administrative tort claims arising from family separations at the U.S./Mexico border that occurred during the prior administration. While significant progress has been made, due to the scale and complexity of the effort, additional time is needed to achieve a global resolution of these matters. Based on the progress to date of the settlement discussions, and the additional time needed, the parties now respectfully move the Court for an order holding this action, including all proceedings and case deadlines, in abeyance for an additional period of sixty (60) days, for the parties to continue to focus their attention on these settlement efforts. The parties propose that, at the close of this additional 60-day

{00558866.1 }

abeyance period, the parties may, depending on the progress of the settlement discussions, seek an additional abeyance from the Court to facilitate further settlement discussions. If an additional abeyance is not sought, the parties request that any existing deadlines be reset for an additional seventy three (73) days from the date of this Stipulated Motion, making Defendant's response to the Complaint due September 20, 2021.

Counsel for Plaintiffs and the United States have conferred regarding this request and agreed to jointly move the Court to hold this action in abeyance. The party submitting this motion has obtained the permission of all signatories hereto. A proposed Order is submitted herewith.

Respectfully submitted this 9th day of July, 2021.

| | |
|---|---|
| GLENN B. McCORMICK<br>Acting United States Attorney<br>District of Arizona<br><br>*s/ Michael A. Ambri (with permission)*<br>MICHAEL A. AMBRI<br>Assistant U.S. Attorney<br>State Bar No. 021653<br>United States Courthouse<br>405 W. Congress Street, Suite 4800<br>Tucson, Arizona 85701<br>Telephone: 520-620-7449<br>Email:  michael.ambri@usdoj.gov<br><br>*Attorneys for the United States of America* | COPPERSMITH BROCKELMAN PLC<br><br>*s/ Keith Beauchamp*<br>Keith Beauchamp<br>D. Andrew Gaona<br><br>SOUTHERN POVERTY LAW CENTER<br>Norma Ventura*<br>Gillian Gillers<br>James Knoepp*<br>P.O. Box 1287<br>Decatur, GA 30031<br>Telephone: (404) 521-6700<br>norma.ventura@splcenter.org<br>gillian.gillers@splcenter.org<br>jim.knoepp@splcenter.org<br><br>SOUTHERN POVERTY LAW CENTER<br>Paul R. Chavez*<br>P.O. Box 370037<br>Miami, FL 33137<br>Telephone: (786) 347-2056<br>paul.chavez@splcenter.org |

{00558866.1 }

3

| | |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| | Matthew Schlesinger* |
| 2 | Jason Carey* |
| | Teresa Park* |
| 3 | Terra White Fulham* |
| | Patrick Lee* |
| 4 | One CityCenter, 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |
| 5 | Telephone: (202) 662-5581 |
| | mschlesinger@cov.com |
| 6 | jcarey@cov.com |
| | tpark@cov.com |
| 7 | tfulham@cov.com |
| | plee@cov.com |
| 8 | |
| 9 | COVINGTON & BURLING LLP |
| | Jessica R. Hanson* |
| 10 | 1999 Avenue of the Stars, Suite 3500 |
| | Los Angeles, CA 90067-4643 |
| 11 | Telephone: (424) 332-4800 |
| | jhanson@cov.com |
| 12 | |
| 13 | *Attorneys for Plaintiff* |
| 14 | *Admitted Pro Hac Vice* |

{00558866.1}

4