1  GLENN B. McCORMICK
   Acting United States Attorney
2  District of Arizona
   MICHAEL A. AMBRI
3  Assistant U.S. Attorney
   State Bar No. 021653
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone:  520-620-7449
6  Email: michael.ambri@usdoj.gov
   Attorneys for Defendant United States of America
7
8              IN THE UNITED STATES DISTRICT COURT
9                  FOR THE DISTRICT OF ARIZONA

10  E.S.M., on his own behalf and on behalf          CV-21-00029-TUS-JAS
    of his minor child, H.S.S.,
11                                                    STIPULATED MOTION
                  Plaintiff,                    TO HOLD ACTION IN ABEYANCE
12
            vs.                                        (Fourth Request)
13
    United States of America,
14
                  Defendant.
15

16          The parties jointly move the Court for an order holding this action in abeyance for

17  an additional sixty (60) days.  In support of this motion, the parties state the following:

18          This action is one of several district court cases and administrative tort claims

19  pending nationwide arising from family separations at the U.S./Mexico border during the

20  prior administration.  The United States and the group of counsel coordinating negotiations

21  on behalf of plaintiffs and claimants ("Coordinating Counsel") continue to make significant

22  progress in their effort to reach a coordinated settlement of all pending cases and

23  administrative claims.

24          This action was stayed for an initial 14 days (*See* Docs. 14-15), and the stay has

25  been extended for periods of 60 days twice since that time (*see* Docs. 16-19).  During the

26  stay period, the United States and Coordinating Counsel have continued to meet frequently

27  and have narrowed their differences on important elements of the settlement framework.

28  However, due to the scale and complexity of the settlement effort, additional time is needed

1   to reach a final agreement.

2      To facilitate these ongoing discussions, the parties jointly request that this action,

3   including all proceedings and case deadlines, be held in abeyance for an additional sixty

4   (60) days.  In light of the breadth and complexity of the issues, the parties propose that at

5   the close of this additional 60-day abeyance, the parties may, depending on the progress of

6   the settlement discussions, seek an additional abeyance from the Court if further time is

7   needed.   The parties request that, if an additional abeyance is not sought, all existing

8   deadlines be reset for an additional seventy-four (74) days from the date of this motion,

9   making Defendant's response to the Complaint due on November 20, 2021.

10      Counsel for Plaintiffs and the United States have conferred regarding this request

11   and have agreed to jointly move the Court to hold this action in abeyance.   The party

12   submitting this motion has obtained the permission of all signatories hereto.  A proposed

13   form of order is submitted herewith.

14      RESPECTFULLY SUBMITTED this 7th day of September, 2021.

15   COPPERSMITH BROCKELMAN PLC

16   */s/ Keith Beauchamp (with permission)*
     KEITH BEAUCHAMP
17   D. ANDREW GAONA

18
     SOUTHERN POVERTY LAW CENTER
19   Norma Ventura*
     Gillian Gillers
20   James Knoepp*
     P.O. Box 1287
21   Decatur, GA 30031
     Telephone: (404) 521-6700
22   norma.ventura@splcenter.org
     gillian.gillers@splcenter.org
23   jim.knoepp@splcenter.org

24
     SOUTHERN POVERTY LAW CENTER
25   Paul R. Chavez*
     P.O. Box 370037
26   Miami, FL 33137
     Telephone: (786) 347-2056
27   paul.chavez@splcenter.org

28

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*/s/ Michael A. Ambri*
MICHAEL A. AMBRI
Assistant U.S. Attorney
*Attorneys for Defendant United States*

COVINGTON & BURLING LLP
Matthew Schlesinger*
Jason Carey*
Teresa Park*
Terra White Fulham*
Patrick Lee*
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
tpark@cov.com
tfulham@cov.com
plee@cov.com

COVINGTON & BURLING LLP
Jessica R. Hanson*
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
jhanson@cov.com

*Attorneys for Plaintiffs*

*\*Admitted Pro Hac Vice*

Copy of the foregoing served by ECF this 7th day of September, 2021, upon:

Keith Beauchamp
D. Andrew Gaona
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004

Gillian Gillers
Norma Ventura
James M. Kneopp
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, GA 30031

Matthew J. Schlesinger
Jason A. Carey
Terra White Fulham
Patrick Lee
COVINGTON & BURLING LLP
One City Center, 850 Tenth Street, NW
Washington, DC  20001-4956

*/s/ Pamela Vavra*

- 3 -