Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Telephone: (602) 381-5490
Phoenix, AZ 85004
kbeauchamp@cblawyers.com
agaona@cblawyers.com

*Counsel for E.S.M. Plaintiff*

*[Additional Counsel for Plaintiffs Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M. on his own behalf and on behalf of his minor child, H.S.S., | No. CV-21-00029-TUS-JAS |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| v. | |
| United States of America, | |
| Defendant. | |

Plaintiff hereby gives notice of the withdrawal of Gillian Gillers of the Southern Poverty Law Center, one of the attorneys for Plaintiff. Ms. Gillers recently passed away.

Respectfully submitted this 26th day of October, 2021.

                                           COPPERSMITH BROCKELMAN PLC

                                           By s/ Keith Beauchamp
                                              Keith Beauchamp
                                              D. Andrew Gaona

SOUTHERN POVERTY LAW CENTER
Norma Ventura*
James Knoepp*
P.O. Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

COVINGTON & BURLING LLP
Matthew Schlesinger*
Jason Carey*
Teresa Park*
Terra White Fulham*
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
tpark@cov.com
tfulham@cov.com

COVINGTON & BURLING LLP
Jessica R. Hanson*
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
jhanson@cov.com

*Attorneys for E.S.M. Plaintiff*