GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
MICHAEL A. AMBRI
Assistant U.S. Attorney
State Bar No. 021653
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7449
Email: michael.ambri@usdoj.gov
Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., on his own behalf and on behalf of his minor child, H.S.S., <br><br> Plaintiff, <br><br> vs. <br><br> United States of America, <br><br> Defendant. | CV-21-00029-TUS-JAS <br><br> **STIPULATED MOTION TO HOLD ACTION IN ABEYANCE** <br><br> **(Fifth Request)** |

The parties jointly move the Court for an order holding this action in abeyance for an additional thirty (30) days.  In support of this motion, the parties state the following:

This action is one of several district court cases and administrative tort claims pending nationwide arising from family separations at the U.S./Mexico border during the prior administration.  To facilitate negotiations between the United States and the group of counsel coordinating on behalf of plaintiffs and claimants ("Coordinating Counsel") in their effort to reach a coordinated settlement of all pending cases and administrative claims, the action was stayed for an initial 14 days (*see* Docs. 14-15), with the stay thereafter extended three times for periods of 60 days (*see* Docs. 16-21).  During the stay period, although the United States and Coordinating Counsel have continued to work diligently in an effort to resolve the many district court cases and administrative tort claims, an agreement has not been reached.  A further abeyance will allow the parties to continue focusing their efforts on attempting to resolve these matters.

Accordingly, the parties jointly request that this action, including all proceedings and case deadlines, be held in abeyance for an additional 30 days, to and including December 8, 2021.  In light of the breadth and complexity of the issues, the parties propose that at the close of this additional abeyance, the parties may, depending on the progress of the settlement discussions, seek an additional abeyance from the Court if further time is needed.  The parties request that, if an additional abeyance is not sought, all existing deadlines be reset for an additional fourteen (14) days from the expiration of the stay period, making Defendant's response to the Complaint due on December 22, 2021.

Counsel for Plaintiffs and the United States have conferred regarding this request and have agreed to jointly move the Court to hold this action in abeyance.  The party submitting this motion has obtained the permission of all signatories hereto.  A proposed form of order is submitted herewith.

RESPECTFULLY SUBMITTED this 15th day of November, 2021.

| | |
|---|---|
| COPPERSMITH BROCKELMAN PLC<br><br>*/s/ Keith Beauchamp (with permission)*<br>KEITH BEAUCHAMP<br>D. ANDREW GAONA<br><br>SOUTHERN POVERTY LAW CENTER<br>Norma Ventura*<br>James Knoepp*<br>P.O. Box 1287<br>Decatur, GA 30031<br>Telephone: (404) 521-6700<br>norma.ventura@splcenter.org<br>jim.knoepp@splcenter.org<br><br>COVINGTON & BURLING LLP<br>Matthew Schlesinger*<br>Jason Carey*<br>Terra White Fulham*<br>Patrick Lee*<br>One CityCenter, 850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone: (202) 662-5581<br>mschlesinger@cov.com<br>jcarey@cov.com | GLENN B. McCORMICK<br>Acting United States Attorney<br>District of Arizona<br><br>*/s/ Michael A. Ambri*<br>MICHAEL A. AMBRI<br>Assistant U.S. Attorney<br>*Attorneys for Defendant United States* |

tfulham@cov.com
plee@cov.com

*Attorneys for Plaintiffs*
**Admitted Pro Hac Vice*

Copy of the foregoing served by ECF this 15th day of November, 2021, upon:

Keith Beauchamp
D. Andrew Gaona
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004

Norma Ventura
James M. Kneopp
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, GA 30031

Matthew J. Schlesinger
Jason A. Carey
Terra White Fulham
Patrick Lee
COVINGTON & BURLING LLP
One City Center, 850 Tenth Street, NW
Washington, DC  20001-4956

/s/ Michael A. Ambri