# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., | No. CV-21-00029-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

The Court having reviewed the parties' fifth Stipulated Motion to Hold Action in Abeyance (Doc. 23), and good cause appearing,

**IT IS ORDERED** that the Motion (Doc. 23) is granted. This action is to be held in abeyance for an additional period of thirty (30) days, until December 8, 2021, at which time the parties will advise the Court whether an additional abeyance is sought and, if not, all existing deadlines will be extended by fourteen (14) days after expiration of the abeyance, in which event Defendant shall file its response to the Complaint on or before December 22, 2021.

Dated this 16th day of November, 2021.

Honorable James A. Soto
United States District Judge