Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Telephone: (602) 381-5490
Phoenix, AZ 85004
kbeauchamp@cblawyers.com
agaona@cblawyers.com

*Counsel for E.S.M. Plaintiff*

[*Additional Counsel for Plaintiffs Listed on Signature Page*]

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M. on his own behalf and on behalf of his minor child, H.S.S., <br><br> Plaintiff, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-21-00029-TUS-JAS <br><br> **NOTICE REGARDING EXPIRATION OF THE ABEYANCE** |

    The parties sought an abeyance to facilitate negotiations between the United States and the group of counsel coordinating on behalf of plaintiffs and claimants in their effort to reach a coordinated settlement of all pending cases and administrative claims arising from family separations at the U.S./Mexico border during the prior administration. On December 16, 2021, the United States terminated the settlement negotiations in which the parties have been engaged for the last eight months.

    The Court ordered that this action be held in abeyance until December 8, 2021, at which time the parties were directed to advise the Court whether an additional abeyance would be sought and, if not, all existing deadlines would be extended by 14

days after expiration of the abeyance, requiring Defendant to file its response to the Complaint on or before December 22, 2021 (*see* Doc. 24).  Plaintiff hereby informs the Court that the parties will not seek an additional abeyance.  Because an additional abeyance is not sought, Defendant's response to the Complaint is due on or before December 22, 2021 (*see* Doc. 24).

      Respectfully submitted this 17th day of December, 2021.

COPPERSMITH BROCKELMAN PLC

By <u>s/ Keith Beauchamp</u>
   Keith Beauchamp
   D. Andrew Gaona

SOUTHERN POVERTY LAW CENTER
Norma Ventura*
James Knoepp*
P.O. Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

COVINGTON & BURLING LLP
Matthew Schlesinger*
Jason Carey*
Teresa Park*
Terra White Fulham*
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
tpark@cov.com
tfulham@cov.com

*Attorneys for E.S.M. Plaintiff*