GARY M. RESTAINO
United States Attorney
District of Arizona
MICHAEL A. AMBRI
Assistant U.S. Attorney
State Bar No. 021653
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7449
Email: michael.ambri@usdoj.gov
Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., on his own behalf and on behalf of his minor child, H.S.S.,<br><br>Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>Defendant. | CV-21-00029-TUS-JAS<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSE TO COMPLAINT**<br><br>**(Second Request)** |

The parties stipulate that the deadline for Defendant's response to the Complaint in this action be extended by a period of 19 days, from December 22, 2021, to January 10, 2022.  This action – one of several district court cases and administrative tort claims pending nationwide arising from family separations at the U.S./Mexico border during the prior administration – was held in abeyance by stipulation of the parties through December 8, 2021, pending the parties' efforts to reach a coordinated resolution of all pending cases and administrative claims.  Those efforts having failed to result in a settlement, Defendant's response to the Complaint is currently due December 22, 2021.  The parties have agreed to the additional time requested herein for Defendant to finalize and file its response.  A proposed form of order is submitted with this Stipulation.

/////

/////

/////

RESPECTFULLY SUBMITTED this 22nd day of December, 2021.

| | |
|---|---|
| COPPERSMITH BROCKELMAN PLC<br><br>*/s/ Keith Beauchamp (with permission)*<br>KEITH BEAUCHAMP<br>D. ANDREW GAONA<br><br>SOUTHERN POVERTY LAW CENTER<br>Norma Ventura*<br>James Knoepp*<br>P.O. Box 1287<br>Decatur, GA 30031<br>Telephone: (404) 521-6700<br>norma.ventura@splcenter.org<br>jim.knoepp@splcenter.org<br><br>SOUTHERN POVERTY LAW CENTER<br>Paul Chavez*<br>P.O. Box 370037<br>Miami, FL  33137<br>Telephone: (786) 347-2056<br>paul.chavez@splcenter.org<br><br>COVINGTON & BURLING LLP<br>Matthew Schlesinger*<br>Jason Carey*<br>Teresa Park*<br>Terra White Fulham*<br>One CityCenter, 850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone: (202) 662-5581<br>mschlesinger@cov.com<br>jcarey@cov.com<br>tfulham@cov.com<br>tpark@cov.com<br><br>*Attorneys for Plaintiffs*<br>**Admitted Pro Hac Vice* | GARY M. RESTAINO<br>United States Attorney<br>District of Arizona<br><br>*/s/ Michael A. Ambri*<br>MICHAEL A. AMBRI<br>Assistant U.S. Attorney<br>*Attorneys for Defendant United States* |

Copy of the foregoing served by ECF this 22nd day of December, 2021, upon:

Keith Beauchamp
D. Andrew Gaona
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004

Norma Ventura
James M. Kneopp
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, GA 30031

Paul Chavez
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137

Matthew Schlesinger
Jason Carey
Teresa Park
Terra White Fulham
COVINGTON & BURLING LLP
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956

*/s/ P. Vavra*