# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., | No. CV-21-00029-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation to Extend Deadline for Defendant's Response to Complaint Deadline (Doc. 27) and good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 27) is granted. Defendant shall file its response to the Complaint on or before January 10, 2022.

Dated this 22nd day of December, 2021.

Honorable James A. Soto
United States District Judge