IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., | No. CV-21-00029-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation to Extend Deadline for Defendant's Response to Complaint Deadline (Doc. 29) and good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 29) is granted. Defendant shall file its response to the Complaint on or before February 1, 2022.

Dated this 10th day of January, 2022.

Honorable James A. Soto
United States District Judge