# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., | No. CV-21-00029-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Upon consideration of Stipulation to Exceed Page Limit and To Extend Date for Responding to Defendant's Motion to Dismiss, and good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 31) is **GRANTED** and that Plaintiffs' Response to Defendant's Motion to Dismiss is due on or before March 10, 2022, and that Plaintiffs' Response may be up to 23 pages in length.

**IT IS FURTHER ORDERED** GRANTING Defendant's Motion to Exceed Page Limit for Motion to Dismiss (Doc. 31). The Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 32) lodged with the Motion to Exceed Page Limit (Doc. 31) shall be filed into the Court's record.

Dated this 2nd day of March, 2022.

Honorable James A. Soto
United States District Judge