IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., | No. CV-21-00029-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation to Extend Deadline for Defendant's Reply Supporting Motion to Dismiss (Doc. 38), and good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 38) is granted. Defendant shall file its Reply Supporting Motion to Dismiss on or before April 6, 2022.

Dated this 28th day of March, 2022.

Honorable James A. Soto
United States District Judge