1    GARY M. RESTAINO
     United States Attorney
2    District of Arizona
     SARAH S. LETZKUS
3    Assistant U.S. Attorney
     Arizona State Bar No. 027314
4    United States Courthouse
     405 W. Congress Street, Suite 4800
5    Tucson, Arizona 85701
     Telephone: 520-620-7300
6    sarah.letzkus@usdoj.gov
     Attorneys for Defendant United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                        FOR THE DISTRICT OF ARIZONA

10   | E.S.M., on his own behalf and on behalf | CV-21-00029-TUS-JAS |
     | of his minor child, H.S.S., | |
11   | | **NOTICE OF SERVICE OF** |
     | Plaintiff, | **DEFENDANT'S RULE 26(a)** |
12   | | **INITIAL DISCLOSURE STATEMENT** |
     | vs. | |
13   | | |
     | United States of America, | |
14   | | |
     | Defendant. | |
15

16          NOTICE IS HEREBY GIVEN that Defendant United States of America, through

17   undersigned counsel, served Defendant's Rule 26(a) Initial Disclosure Statement upon

18   Plaintiffs' counsel on February 13, 2023, by e-mail to:

19   Keith Beauchamp
     D. Andrew Gaona
20   COPPERSMITH BROCKELMAN PLC
     2800 N. Central Ave., Suite 1900
21   Phoenix, AZ 85004
     Telephone: (602) 381-5493
22   kbeauchamp@cblawyers.com
23   agaona@cblawyers.com

24

25

26

27

28

Norma Ventura
James M. Knoepp
Sharada Jambulapati
SOUTHERN POVERTY LAW CENTER
150 E. Ponce De Leon, Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org
sharanda.jambulapati@splcenter.org

Paul R. Chavez
SOUTHERN POVERTY LAW CENTER
Paul R. Chavez
P.O. Box 370037
Miami, FL 33137
paul.chavez@splcenter.org

Matthew Schlesinger
Jason A. Carey
Teresa S. Park
Terra White Fulham
Kristin M. Cobb
Patrick Taebok Lee
Emily Rae Woods
Jennifer L. Saulino
Kathleen E. Paley
Kavita Rani Pillai
Shadman Zaman
Steven M. Rees
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
tpark@cov.com
tfulham@cov.com
kcobb@cov.com
plee@cov.com
rwoods@cov.com
jsaulino@cov.com
kpaley@cov.com
kpillai@cov.com
szamam@cov.com
srees@cov.com

1    RESPECTFULLY SUBMITTED this 13th day of February, 2023.

2                                          GARY M. RESTAINO
                                           United States Attorney
3                                          District of Arizona

4
                                           /s/ Sarah S. Letzkus
5                                          SARAH S. LETZKUS
                                           Assistant U.S. Attorney
6

7

8
        Copy of the foregoing served by ECF this 13th day of February, 2023 upon:
9

10   Keith Beauchamp
     D. Andrew Gaona
11   COPPERSMITH BROCKELMAN PLC
     2800 N. Central Ave., Suite 1900
12   Phoenix, AZ 85004
     Telephone: (602) 381-5493
13   kbeauchamp@cblawyers.com
     agaona@cblawyers.com
14

15
     Norma Ventura
16   James M. Knoepp
     Sharada Jambulapati
17   SOUTHERN POVERTY LAW CENTER
     150 E. Ponce De Leon, Suite 340
18   Decatur, GA 30030
     Telephone: (404) 521-6700
19   norma.ventura@splcenter.org
     jim.knoepp@splcenter.org
20   sharanda.jambulapati@splcenter.org

21
     Paul R. Chavez
22   SOUTHERN POVERTY LAW CENTER
     Paul R. Chavez
23   P.O. Box 370037
     Miami, FL 33137
24   paul.chavez@splcenter.org

25
     Matthew Schlesinger
26   Jason A. Carey
     Teresa S. Park
27   Terra White Fulham
     Kristin M. Cobb
28

- 3 -

Patrick Taebok Lee
Emily Rae Woods
Jennifer L. Saulino
Kathleen E. Paley
Kavita Rani Pillai
Shadman Zaman
Steven M. Rees
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
tpark@cov.com
tfulham@cov.com
kcobb@cov.com
plee@cov.com
rwoods@cov.com
jsaulino@cov.com
kpaley@cov.com
kpillai@cov.com
szamam@cov.com
srees@cov.com

*/s/ L. Startup*