Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com

*Counsel for Plaintiffs (Additional Counsel Listed on Signature Page)*

GARY M. RESTAINO
United States Attorney
District of Arizona
Sarah S. Letzkus
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7380
sarah.letzkus@usdoj.gov

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., on his own behalf and on behalf of his minor child, H.S.S.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-21-00029-TUC-JAS<br><br>**JOINT SETTLEMENT STATUS REPORT** |

Pursuant to the Scheduling Order entered on January 9, 2023 (ECF No. 55), the parties hereby submit their first joint settlement status report.

The parties are in the early stages of discovery, and the United States is not in a position to discuss settlement.[1]  The parties expect to engage in settlement discussions as discovery progresses.

RESPECTFULLY SUBMITTED this 3rd day of May, 2023.

| | |
|---|---|
| GARY M. RESTAINO<br>United States Attorney<br>District of Arizona<br><br>s/Sarah S. Letzkus<br>Sarah S. Letzkus<br>Assistant U.S. Attorney<br><br>*Attorneys for Defendant United States* | COPPERSMITH BROCKELMAN PLC<br><br>s/Keith Beauchamp<br>Keith Beauchamp<br>D. Andrew Gaona<br><br>COVINGTON & BURLING LLP<br>Matthew J. Schlesinger*<br>Jason A. Carey*<br>Teresa S. Park*<br>Terra White Fulham*<br>One City Center, 850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone: (202) 662-6000<br>mschlesinger@cov.com<br>jcarey@cov.com<br>tpark@cov.com<br>tfulham@cov.com<br><br>SOUTHERN POVERTY LAW CENTER<br>James M. Knoepp*<br>Norma Ventura*<br>Sharada Jambulapati*<br>150 E. Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>Telephone: (404) 521-6700<br>jim.knoepp@splcenter.org<br>norma.ventura@splcenter.org<br>sharada.jambulapati@splcenter.org<br><br>*Admitted pro hac vice*<br><br>*Attorneys for Plaintiffs* |

---

[1] The parties exchanged initial disclosures on February 13, 2023.  The United States recently accepted Plaintiffs' signed privacy waivers and began production of documents the week of April 24, 2023.