Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 224-0999
kbeauchamp@cblawyers.com
agaona@cblawyers.com

[Additional Counsel Listed on Signature Page]

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., on his own behalf and on behalf of his minor child, H.S.S., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-21-00029-TUC-JAS <br><br> **NOTICE OF SERVICE OF PLAINTIFFS' FIRST SUPPLEMENTAL DISCLOSURE STATEMENT** |

Notice is hereby given that on August 7, 2023, Plaintiffs served their First Supplemental Disclosure Statement upon Defendant's counsel via email.

RESPECTFULLY SUBMITTED this 7th day of August, 2023.

COPPERSMITH BROCKELMAN PLC

*s/Keith Beauchamp*
Keith Beauchamp
D. Andrew Gaona

COVINGTON & BURLING LLP
Matthew J. Schlesinger*
Jason A. Carey*
Teresa S. Park*
Terra White Fulham*
Kristin M. Cobb*
Patrick T. Lee*

Kathleen E. Paley*
Kavita Rani Pillai*
Shadman Zaman*
Stephen M. Rees*
Sumner T. Truax
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
mschlesinger@cov.com
jcarey@cov.com
tpark@cov.com
tfulham@cov.com
kcobb@cov.com
plee@cov.com
kpillai@cov.com
szaman@cov.com
srees@cov.com
struax@cov.com

SOUTHERN POVERTY LAW CENTER
James M. Knoepp*
Norma Ventura*
Sharada Jambulapati*
150 E. Ponce de Leon Avenue, Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
jim.knoepp@splcenter.org
norma.ventura@splcenter.org
sharada.jambulapati@splcenter.org

*Admitted pro hac vice*

*Counsel for Plaintiffs*