Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 224-0999
kbeauchamp@cblawyers.com
agaona@cblawyers.com

[Additional Counsel Listed on Signature Page]

*Counsel for Plaintiffs*

GARY M. RESTAINO
United States Attorney
District of Arizona
Sarah S. Letzkus
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7380
sarah.letzkus@usdoj.gov

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., on his own behalf and on behalf of his minor child, H.S.S.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-21-00029-TUC-JAS<br><br>**JOINT SETTLEMENT STATUS REPORT** |

Pursuant to the Scheduling Order entered on January 9, 2023 (ECF No. 55), the parties hereby submit their second joint settlement status report.

The parties are actively engaging in discovery. Defendant served written discovery requests on August 23, 2023, and Plaintiffs served written discovery requests on August 24, 2023. Plaintiffs also served initial expert disclosures on August 29, 2023. Although Plaintiffs have expressed interest in engaging in settlement discussions, the

1

1  United States has indicated it is not in a position to engage in meaningful settlement
2  discussions in this case at this time.
3        RESPECTFULLY SUBMITTED this 31st day of August, 2023.

| | |
|---|---|
| GARY M. RESTAINO<br>United States Attorney<br>District of Arizona<br><br>*s/Sarah S. Letzkus*<br>Sarah S. Letzkus<br>Assistant U.S. Attorney<br><br>*Counsel for Defendant* | COPPERSMITH BROCKELMAN PLC<br><br>*s/Keith Beauchamp*<br>Keith Beauchamp<br>D. Andrew Gaona<br><br>COVINGTON & BURLING LLP<br>Matthew J. Schlesinger*<br>Jason A. Carey*<br>Teresa S. Park*<br>Terra White Fulham*<br>Kristin M. Cobb*<br>Patrick T. Lee*<br>Kathleen E. Paley*<br>Kavita Rani Pillai*<br>Shadman Zaman*<br>Stephen M. Rees*<br>Sumner T. Truax*<br>One City Center, 850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone: (202) 662-6000<br>mschlesinger@cov.com<br>jcarey@cov.com<br>tpark@cov.com<br>tfulham@cov.com<br>kcobb@cov.com<br>plee@cov.com<br>kpaley@cov.com<br>kpillai@cov.com<br>szaman@cov.com<br>srees@cov.com<br>struax@cov.com<br><br>SOUTHERN POVERTY LAW CENTER<br>James M. Knoepp*<br>Norma Ventura*<br>Sharada Jambulapati*<br>150 E. Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>Telephone: (404) 521-6700<br>jim.knoepp@splcenter.org<br>norma.ventura@splcenter.org<br>sharada.jambulapati@splcenter.org<br><br>*Admitted pro hac vice<br><br>*Counsel for Plaintiffs* |