1  Keith Beauchamp (012434)
2  D. Andrew Gaona (028414)
   COPPERSMITH BROCKELMAN PLC
3  2800 N. Central Avenue, Suite 1900
   Phoenix, AZ 85004
4  Telephone: (602) 381-5490
5  kbeauchamp@cblawyers.com
   agaona@cblawyers.com
6
   [Additional Counsel Listed on Signature Page]
7
   *Counsel for Plaintiffs*
8
9              **IN THE UNITED STATES DISTRICT COURT**
10                  **FOR THE DISTRICT OF ARIZONA**
11

| | |
|---|---|
| E.S.M., on his own behalf and on behalf of his minor child, H.S.S.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-21-00029-TUC-JAS<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

18       Pursuant to LRCiv 5.2, notice is hereby given that on September 22, 2023,
19  Plaintiffs served their (i) Objections and Responses to Defendant's First Set of
20  Interrogatories and (ii) Objections and Responses to Defendant's First Set of Requests for
21  Production to counsel for Defendant by email.
22       RESPECTFULLY SUBMITTED this 22nd day of September, 2023.
23                                              *s/Keith Beauchamp*
24                                              COPPERSMITH BROCKELMAN PLC
                                                Keith Beauchamp
25                                              D. Andrew Gaona
26                                              COVINGTON & BURLING LLP
                                                Matthew J. Schlesinger*
27                                              Jason A. Carey*
                                                Teresa S. Park*
28                                              Terra White Fulham*

Kristin M. Cobb*
Patrick T. Lee*
Kathleen E. Paley*
Kavita Rani Pillai*
Shadman Zaman*
Stephen M. Rees*
Sumner T. Truax*
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
mschlesinger@cov.com
jcarey@cov.com
tpark@cov.com
tfulham@cov.com
kcobb@cov.com
plee@cov.com
kpillai@cov.com
szaman@cov.com
srees@cov.com
struax@cov.com

SOUTHERN POVERTY LAW CENTER
James M. Knoepp*
Norma Ventura*
Sharada Jambulapati*
150 E. Ponce de Leon Avenue, Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
jim.knoepp@splcenter.org
norma.ventura@splcenter.org
sharada.jambulapati@splcenter.org

*Admitted pro hac vice*

*Counsel for Plaintiffs*