IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., on his own behalf and on behalf of his minor child, H.S.S.,<br><br>Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>Defendant. | CV-21-00029-TUS-JAS<br><br>**ORDER** |

The Court having reviewed the parties' Stipulated Motion to Amend Scheduling Order and Request for Settlement Conference Referral (Doc. 80) (the "Motion"), and good cause appearing,

IT IS ORDERED that the Motion (Doc. 80) is granted. The Scheduling Order is amended to reflect the following deadlines:

- Defendant's Rule 26(a)(2) initial expert testimony shall be disclosed on or before **November 13, 2023**.
- Rebuttal expert testimony shall be disclosed on or before **January 19, 2024**.
- Rule 26(a)(3) factual discovery and witnesses shall be disclosed on or before **February 9, 2024**.
- All discovery shall be completed on or before **April 19, 2024**.
- Dispositive motions shall be filed on or before **May 31, 2024**.
- The parties shall file a proposed Joint Pretrial Order on or before **June 28, 2024**. If

dispositive motions are filed, the Joint Pretrial Order shall be filed within 45 days from the filing date of the Court order issuing a non-dispositive decision on said motion(s).

- Motions in limine shall be filed no later than 30 days after the filing of the Proposed Joint Pretrial Order. Responses to motions in limine are due 30 days after the filing of motions in limine.

IT IS FURTHER ORDERED that the parties are referred for a Settlement Conference before a U.S. Magistrate Judge.

Dated this 26th day of October, 2023.

Honorable James A. Soto
United States District Judge