# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., | No. CV-21-00029-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

IT IS ORDERED that Magistrate Judge Kimmins shall conduct a settlement conference at a date and time that is convenient for her, and that the parties shall comply with any requirements imposed by Magistrate Judge Kimmins in relation to the settlement conference. By no later than **November 14, 2023**, the parties shall contact Magistrate Judge Kimmins's law clerk (Heather McIntyre) at **Heather_McIntyre@azd.uscourts.gov** to schedule the settlement conference. Within seven days of the conclusion of the settlement conference the parties shall file a document with the Court stating whether the case settled. All pending discovery deadlines remain in effect.

Dated this 31st day of October, 2023.

Honorable James A. Soto
United States District Judge