GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH S. LETZKUS
Assistant U.S. Attorney
Arizona State Bar No. 027314
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
sarah.letzkus@usdoj.gov
Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., on his own behalf and on behalf of his minor child, H.S.S.,<br><br>Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>Defendant. | CV-21-00029-TUS-JAS<br><br>**NOTICE OF SERVICE OF DEFENDANT'S RULE 26(a) FIFTH SUPPLEMENTAL DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that Defendant United States of America, through undersigned counsel, served Defendant's Rule 26(a) Fifth Supplemental Disclosure Statement upon Plaintiffs' counsel on November 1, 2023, *via* Box.

RESPECTFULLY SUBMITTED this 1st day of November, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

 */s/ Sarah S. Letzkus*
SARAH S. LETZKUS
Assistant U.S. Attorney

| | |
|---|---|
| 1 | Copy of the foregoing served by ECF this 1st day of November, 2023 upon: |
| 2 | |
| 3 | Keith Beauchamp<br>D. Andrew Gaona |
| 4 | COPPERSMITH BROCKELMAN PLC |
| 5 | 2800 N. Central Ave., Suite 1900<br>Phoenix, AZ 85004 |
| 6 | Telephone: (602) 381-5490<br>kbeauchamp@cblawyers.com |
| 7 | agaona@cblawyers.com |
| 8 | |
| 9 | James M. Knoepp<br>Sharada Jambulapati |
| 10 | SOUTHERN POVERTY LAW CENTER<br>150 E. Ponce De Leon, Suite 340 |
| 11 | Decatur, GA 30030<br>Telephone: (404) 521-6700 |
| 12 | jim.knoepp@splcenter.org<br>sharada.jambulapati@splcenter.org |
| 13 | |
| 14 | Matthew Schlesinger<br>Jason A. Carey |
| 15 | Teresa S. Park<br>Terra White Fulham |
| 16 | Kristin M. Cobb<br>Patrick Taebok Lee |
| 17 | Kathleen E. Paley<br>Kavita Rani Pillai |
| 18 | Shadman Zaman<br>Steven M. Rees |
| 19 | COVINGTON & BURLING LLP |
| 20 | One City Center, 850 Tenth Street, NW<br>Washington, DC 20001-4956 |
| 21 | Telephone: (202) 662-5581 |
| 22 | mschlesinger@cov.com<br>jcarey@cov.com |
| 23 | tpark@cov.com |
| 24 | tfulham@cov.com<br>plee@cov.com |
| 25 | kpaley@cov.com |
| 26 | kpillai@cov.com<br>szaman@cov.com |
| 27 | srees@cov.com |
| 28 | *Attorneys for Plaintiff* |