GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH S. LETZKUS
Assistant U.S. Attorney
Arizona State Bar No. 027314
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
sarah.letzkus@usdoj.gov
Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., on his own behalf and on behalf of his minor child, H.S.S., <br><br> Plaintiff, <br><br> vs. <br><br> United States of America, <br><br> Defendant. | CV-21-00029-TUS-JAS <br><br> **NOTICE OF SERVICE OF DEFENDANT'S RULE 26(a) SIXTH SUPPLEMENTAL DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that Defendant United States of America, through undersigned counsel, served Defendant's Rule 26(a) Sixth Supplemental Disclosure Statement upon Plaintiffs' counsel on November 13, 2023, *via* email.

RESPECTFULLY SUBMITTED this 14th day of November, 2023.

             GARY M. RESTAINO
             United States Attorney
             District of Arizona

              */s/ Sarah S. Letzkus*
             SARAH S. LETZKUS
             Assistant U.S. Attorney

1  Copy of the foregoing served by ECF this 14th day of November, 2023 upon:

2

3  Keith Beauchamp
   D. Andrew Gaona
4  COPPERSMITH BROCKELMAN PLC
   2800 N. Central Ave., Suite 1900
5  Phoenix, AZ 85004
   Telephone: (602) 381-5490
6  kbeauchamp@cblawyers.com
7  agaona@cblawyers.com

8  James M. Knoepp
9  Sharada Jambulapati
   SOUTHERN POVERTY LAW CENTER
10 150 E. Ponce De Leon, Suite 340
   Decatur, GA 30030
11 Telephone: (404) 521-6700
   jim.knoepp@splcenter.org
12 sharada.jambulapati@splcenter.org

13
   Matthew Schlesinger
14 Jason A. Carey
   Teresa S. Park
15 Terra White Fulham
   Patrick Taebok Lee
16 Kathleen E. Paley
   Kavita Rani Pillai
17 Shadman Zaman
   Steven M. Rees
18 COVINGTON & BURLING LLP
19 One City Center, 850 Tenth Street, NW
   Washington, DC 20001-4956
20 Telephone: (202) 662-5581
21 mschlesinger@cov.com
   jcarey@cov.com
22 tpark@cov.com
23 tfulham@cov.com
   plee@cov.com
24 kpaley@cov.com
25 kpillai@cov.com
   szaman@cov.com
26 srees@cov.com
27 *Attorneys for Plaintiff*

28