GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH S. LETZKUS
Assistant U.S. Attorney
Arizona State Bar No. 027314
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
sarah.letzkus@usdoj.gov
Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., on his own behalf and on behalf of his minor child, H.S.S., <br><br> Plaintiff, <br><br> vs. <br><br> United States of America, <br><br> Defendant. | CV-21-00029-TUS-JAS <br><br> **NOTICE OF SERVICE OF DEFENDANT'S RULE 26(a) SEVENTH SUPPLEMENTAL DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that Defendant United States of America, through undersigned counsel, served Defendant's Rule 26(a) Seventh Supplemental Disclosure Statement upon Plaintiffs' counsel on November 14, 2023, *via* email.

RESPECTFULLY SUBMITTED this 14th day of November, 2023.

                GARY M. RESTAINO
                United States Attorney
                District of Arizona

                */s/ Sarah S. Letzkus*
                SARAH S. LETZKUS
                Assistant U.S. Attorney

1  Copy of the foregoing served by ECF this 14th day of November, 2023 upon:

2

3  Keith Beauchamp
   D. Andrew Gaona
4  COPPERSMITH BROCKELMAN PLC
   2800 N. Central Ave., Suite 1900
5  Phoenix, AZ 85004
   Telephone: (602) 381-5490
6  kbeauchamp@cblawyers.com
7  agaona@cblawyers.com

8  James M. Knoepp
9  Sharada Jambulapati
   Stephanie Alvarez-Jones
10 SOUTHERN POVERTY LAW CENTER
   150 E. Ponce De Leon, Suite 340
11 Decatur, GA 30030
   Telephone: (404) 521-6700
12 jim.knoepp@splcenter.org
   sharada.jambulapati@splcenter.org
13 stephanie.alvarezjones@splcenter.org

14
   Matthew Schlesinger
15 Jason A. Carey
   Teresa S. Park
16 Terra White Fulham
   Patrick Taebok Lee
17 Kathleen E. Paley
   Kavita Rani Pillai
18 Shadman Zaman
19 Steven M. Rees
   COVINGTON & BURLING LLP
20 One City Center, 850 Tenth Street, NW
   Washington, DC 20001-4956
21 Telephone: (202) 662-5581
22 mschlesinger@cov.com
   jcarey@cov.com
23 tpark@cov.com
24 tfulham@cov.com
   plee@cov.com
25 kpaley@cov.com
26 kpillai@cov.com
   szaman@cov.com
27 srees@cov.com
28 *Attorneys for Plaintiff*