Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
agaona@cblawyers.com

*Counsel for Plaintiffs (Additional Counsel Listed on Signature Page)*

GARY M. RESTAINO
United States Attorney
District of Arizona
Sarah S. Letzkus
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7380
sarah.letzkus@usdoj.gov

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., on his own behalf and on behalf of his minor child, H.S.S., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-21-00029-TUC-JAS <br><br> **JOINT SETTLEMENT STATUS REPORT** |

Pursuant to the Court's Order Staying the Case entered on January 9, 2024 (ECF No. 97), the parties hereby submit their joint settlement status report.

On December 14, 2023, the parties reached a settlement in principle to resolve all claims in this action. Since that time, the parties have worked to finalize the settlement agreement. Because Plaintiff H.S.S. is a minor, Plaintiffs must obtain court approval of the

minor's settlement and designate a trust to hold the settlement funds on behalf of Plaintiff H.S.S.

Plaintiffs are currently preparing a motion seeking this Court's approval of the minor's settlement and expect to file this motion soon. Once the minor settlement is approved, Defendant will submit the proposed settlement agreement to Department of Justice ("DOJ") headquarters for final approval. Following final approval of the settlement by DOJ, the parties will present a final stipulation to Your Honor for review.

RESPECTFULLY SUBMITTED this 11th day of March, 2024.

| | |
|---|---|
| GARY M. RESTAINO<br>United States Attorney<br>District of Arizona<br><br>/s/Sarah S. Letzkus (with permission)<br>Sarah S. Letzkus<br>Assistant U.S. Attorney<br><br>*Attorneys for Defendant United States* | COPPERSMITH BROCKELMAN PLC<br><br>/s/Keith Beauchamp<br>Keith Beauchamp<br>D. Andrew Gaona<br><br>COVINGTON & BURLING LLP<br>Matthew J. Schlesinger*<br>Jason A. Carey*<br>Teresa S. Park*<br>Terra White Fulham*<br>Patrick Lee*<br>Shadman Zaman*<br>Alison DiCiurcio*<br>Kathleen E. Paley*<br>Stephen M. Rees*<br>One City Center, 850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone: (202) 662-6000<br>mschlesinger@cov.com<br>jcarey@cov.com<br>tpark@cov.com<br>tfulham@cov.com<br>plee@cov.com<br>szaman@cov.com<br>adiciurcio@cov.com<br>kpaley@cov.com<br>srees@cov.com<br><br>SOUTHERN POVERTY LAW CENTER<br>James M. Knoepp*<br>Sharada Jambulapati*<br>Stephanie M. Alvarez-Jones*<br>150 E. Ponce de Leon Avenue, Suite 340 |

Decatur, GA 30030
Telephone: (404) 521-6700
jim.knoepp@splcenter.org
sharada.jambulapati@splcenter.org
stephanie.alvarezjones@splcenter.org

*Admitted pro hac vice*

*Attorneys for Plaintiffs*