IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., on his own behalf and on behalf of his minor child, H.S.S.,<br><br>Plaintiffs,<br><br>vs.<br><br>United States of America,<br><br>Defendant. | CV-21-00029-TUC-JAS<br><br>**ORDER APPROVING SETTLEMENT OF MINOR'S CLAIMS** |

The Court has reviewed Plaintiffs' Motion for Court Approval of the Settlement of the Minor's Claims. Defendant United States of America does not oppose Plaintiffs' motion. For good cause shown, **IT IS HEREBY ORDERED** as follows:

1. The Court approves the settlement of the claims of minor Plaintiff H.S.S. in this Lawsuit.

2. The Court approves the allocation of the settlement proceeds such that Plaintiff E.S.M., the father, receives $157,500 and minor Plaintiff H.S.S. receives $157,500, for a total Settlement Amount of $315,000.

3. The Court approves the placement of the minor Plaintiff's Settlement funds into the Mercer County Surrogate's Court Intermingled Trust Fund until minor Plaintiff reaches the age of 18.

4. Plaintiffs' counsel shall coordinate with Plaintiffs and with the Mercer County Surrogate's Court for the execution of all necessary paperwork and the transfer of the minor's Settlement Share into the Mercer County Surrogate's Intermingled Trust Fund. Plaintiffs' counsel shall report back to the Court once funding of the minor's Settlement funds have been transferred.

Dated this 27th day of March, 2024.

Honorable James A. Soto
United States District Judge