Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5493
kbeauchamp@cblawyers.com
agaona@cblawyers.com

*Counsel for Plaintiffs (Additional Counsel Listed on Signature Page)*

GARY M. RESTAINO
United States Attorney
District of Arizona
Sarah S. Letzkus
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7380
sarah.letzkus@usdoj.gov

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.S.M., on his own behalf and on behalf of his minor child, H.S.S.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-21-00029-TUC-JAS<br><br>**JOINT SETTLEMENT STATUS REPORT** |

Pursuant to the Court's Order Staying the Case entered on January 9, 2024 (ECF No. 97), the parties hereby submit their joint settlement status report.

On December 14, 2023, the parties reached a settlement in principle to resolve all claims in this action. On March 28, 2024, this Court granted the parties' motion seeking approval of the minor's settlement. On May 1, 2024, Defendant informed Plaintiffs that the stipulation was approved by the United States and would be submitted for payment. Plaintiffs will inform Defendant when they receive payment.

RESPECTFULLY SUBMITTED this 10th day of May, 2024.

| | |
|---|---|
| GARY M. RESTAINO<br>United States Attorney<br>District of Arizona<br><br>*s/Sara S. Letzkus*<br>Sarah S. Letzkus<br>Assistant U.S. Attorney<br>*Attorneys for Defendant United States* | COPPERSMITH BROCKELMAN PLC<br><br>*s/Keith Beauchamp*<br>Keith Beauchamp<br>D. Andrew Gaona<br><br>COVINGTON & BURLING LLP<br>Matthew J. Schlesinger*<br>Jason A. Carey*<br>Teresa S. Park*<br>Terra White Fulham*<br>Patrick Lee*<br>Shadman Zaman*<br>Alison DiCiurcio*<br>Kathleen E. Paley*<br>Stephen M. Rees*<br>One City Center, 850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone: (202) 662-6000<br>mschlesinger@cov.com<br>jcarey@cov.com<br>tpark@cov.com<br>tfulham@cov.com<br>plee@cov.com<br>szaman@cov.com<br>adiciurcio@cov.com<br>kpaley@cov.com<br>srees@cov.com<br><br>SOUTHERN POVERTY LAW CENTER<br>James M. Knoepp*<br>Sharada Jambulapati*<br>Stephanie M. Alvarez-Jones*<br>150 E. Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>Telephone: (404) 521-6700<br>jim.knoepp@splcenter.org<br>sharada.jambulapati@splcenter.org<br>stephanie.alvarezjones@splcenter.org<br><br>*Admitted pro hac vice<br><br>*Attorneys for Plaintiffs* |